In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Appellant, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid for Damages Arising from the Change of Grade of Main Street at the Erie Railroad Crossing.

CITY OF BUFFALO, Appellant; ERIE RAILROAD COMPANY et al., Respondents.

*Buffalo (city of) — railroads — grade crossing — award for change of grade — when whole of such award properly charged against city.*

Matter of Grade Crossing Comrs., City of Buffalo, 194 App. Div. 950, affirmed.

(Argued June 10, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1920, which affirmed an order of Special Term confirming the report of commissioners of appraisal exempting the Erie Railroad Company from payment of any part of the damages awarded and directing that the whole of the awards be paid by the city of Buffalo.

*Myron S. Short* and *De Witt Clinton* for Grade Crossing Commissioners, appellants.

*William S. Rann, Corporation Counsel (Jeremiah J. Hurley* of counsel), for City of Buffalo, appellant.

*William L. Marcy* and *Helen Z. M. Rodgers* for Erie Railroad Company, respondent.

*Maurice C. Spratt* and *Louis L. Babcock* for New York, Lackawanna and Western Railway Company et al., respondents.

*Harry D. Williams* for Arthur E. Hedstrom et al., respondents.

Order affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J. Deceased: CHASE, J.